DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GROUPCAR, LLC, ENRIQUE DILLON, MARTIN DELLOCA** and **BOSTON PARTNERS, LLC,**
Appellants,

v.

**GROUPCAR OPERATIONS, LLC, RAMON PABLO MENDIZABAL** and **ERNESTO JOSE MENDIZABAL,**
Appellees.

No. 4D20-146

[June 17, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE 13-21442 (12).

Jonathan Martin, John S. Mills and Courtney Brewer of Bishop & Mills, PLLC, Tallahassee, for appellants.

Michael W. Davey and Robert J. Alwine of Granados Davey Alwine, LLP, Key Biscayne, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***